1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC Software USA, Inc., | CASE NO. 2:14-cv-1050-MJP |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED |
| v. | |
| Huawei Device USA Inc. et al., | |
| Defendant. | |

The Court has pending before it 10 cases with the same Plaintiff, REC Software USA, INC. ("REC Software cases"). The cases include:

2:14-cv-1025-MJP
2:14-cv-1047-MJP
2:14-cv-1048-MJP
2:14-cv-1050-MJP
2:14-cv-1051-MJP
2:14-cv-1053-MJP
2:14-cv-1056-MJP
2:14-cv-1059-MJP
2:14-cv-1060-MJP
2:14-cv-1062-MJP

Each case is brought against a different defendant. Each case asserts is an "action for infringement of U.S. Patent No. 5, 854,936 (the '936 Patent')". Each complaint appears largely the same as the next. This Court Orders the Parties to show cause as to why these cases should not be consolidated in the interest of judicial economy. The Parties must respond within 10 days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 7th day of August, 2014.

Marsha J. Pechman
United States District Judge